# UNITED STATES DISTRICT COURT

### DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 5, 2002

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 0 5 2002

MEMORANDUM TO COUNSEL RE:

Gallart v. City of Frederick
Civ. No. AMD 02-3833

AT BALTIMORE
CLERK U.S. DISTRICT COUR.
DISTRICT OF MARYLAND

BY _____ DEPUTY

While I have the gravest doubt that this case was properly removed, I have concluded that the issue is sufficiently close, drawing all inferences (reasonable inferences as well as *unreasonable* inferences) in favor of defendants' assertion of the existence of federal question jurisdiction, I should not remand the action *sua sponte*.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File