IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANK GALLART,
    Plaintiff

v.                                   CIV. NO. AMD 02-3833

THE CITY OF FREDERICK, et al.,
    Defendants

...oOo...

ORDER

For the reasons stated in the foregoing Memorandum, it is this 3rd day of January, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That the "Motion to Remand, for Attorney's Fees, Costs and Other Appropriate Relief" is GRANTED; and it is further ORDERED

(2) That this case is REMANDED FORTHWITH TO THE CIRCUIT COURT FOR FREDERICK COUNTY ON THE GROUND OF LACK OF SUBJECT MATTER JURISDICTION; and it is further ORDERED

(3) That judgment is entered in favor of plaintiff against defendants The City of Frederick and The Mayor and Board of Aldermen in the amount of SEVEN HUNDRED AND FIFTY (750.00) DOLLARS as an award of costs and attorney's fees incurred in resisting the improvident removal of this case from state court; and it is further ORDERED

(4) That the Clerk shall TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel and CLOSE THIS CASE.

/s/ Andre M. Davis
ANDRE M. DAVIS
United States District Judge

JAN - 3 2003

